IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE LEE HAWK JR.,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL OVERMYER, et al.,** | : | **No. 15-6506** |
| Respondents. | : | |
| | : | |

## O R D E R

AND NOW, this 21st day of January, 2016, upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 3), it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Clerk of Court is directed to TRANSFER the petition for habeas corpus to the United States District Court for the Middle District of Pennsylvania and mark the matter CLOSED for all purposes, including statistics;

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge